# Exhibit 2

1  happened, I was in shock about what was going on
2  because they were mad, the cussing to get out of the
3  car. Well, what they told me was -- am supposed to
4  say exactly what they said?
5      Q.  You can.
6      A.  "Get the fuck out the car."
7      Q.  You've taken us pretty far here, so let me
8  back up and ask you some specific questions. Where
9  were you before you got in the car with Mr. Dahl?
10     A.  I was at Bubba's.
11     Q.  Did you work there?
12     A.  Yes.
13     Q.  And you worked as a bartender?
14     A.  Yes.
15     Q.  And you said that you were being picked up
16 because you couldn't drive. Why was that?
17     A.  Because I was intoxicated.
18     Q.  Were you on duty that night as a bartender?
19     A.  Yes.
20     Q.  But you were intoxicated.
21     A.  Yes.
22     Q.  And what had you been drinking?
23     A.  Beer and tequila.
24     Q.  How many beers?
25     A.  I'm not sure.

1  have any reason to disagree with that?
2      A.   No, because I don't know the time.
3      Q.   Was Mr. Dahl there at the bar for a very
4  brief period or a long period?  Do you remember how
5  long he was there before you left with him?
6      A.   He was there -- well, he had came -- I
7  thought I was closing early, and then people came in
8  so I had to stay open.  So he was there about an
9  hour or two waiting for me to get off.
10     Q.   Did he have anything to drink while he was
11 there?
12     A.   He had probably two beers.
13     Q.   Do you remember specifically that it was
14 two beers or is that your best guess?
15     A.   It's my best guess.
16     Q.   Did he have anything besides beer?
17     A.   No.
18     Q.   Is it a normal practice for you to consume
19 alcohol while you're on duty?
20     A.   No, not a normal thing, but I was about to
21 get off of work and we're allowed to.  Like if a
22 customer buys a shot, you don't turn it down because
23 it makes money for the bar, and that's what the
24 owner said.  So that's how that started.
25     Q.   Okay.  So then do you frequently call for

1  car?

2  A.  Yeah.  And Jeffrey Guillot came to my side.
3  So, I'm looking -- I'm not paying attention to
4  what's going on over here because I have Guillot
5  looking at me telling me to get the fuck out the car
6  and --

7  Q.  Go ahead.

8  A.  Oh, okay.  And he scared me.  So I just sat
9  there.  I was in a seat belt.  And then he pulls a
10 weapon, which I'm thinking is a gun.  I was in
11 complete shock.  Why this is going on and why he's
12 talking to me the way he is?  I mean, he looked mad.
13 And I didn't even say anything to him.  And he's
14 yelling, like I said, scared me.  And then because
15 he had pointed -- he's pointing this gun -- well,
16 Taser gun, and when I decided, Okay, I better get
17 out because he scares me, when I went to reach for
18 the door handle, he shot me through the window and
19 tased me.

20 Q.  Okay.  Let me get a couple of things
21 straight here.  First of all, your recollection is
22 that two officers approached opposite sides of the
23 car, the passenger side and the driver's side.  Was
24 that roughly at the same time or were they at
25 different times?

1         So you're on the ground at this point?
2    A.   Yes.
3    Q.   Do you remember where your hands were in
4    relation to your body?
5    A.   I was -- my hands were on the ground and my
6    knees like a dog.
7    Q.   So your hands -- you remember your hands
8    holding you up, in other words?
9    A.   Yeah.
10   Q.   So your body was not laying on the ground;
11   you were on your hands and knees; is that right?
12   A.   Yeah.  Yeah, because I was trying to get up
13   because he told me to get up, and then he tased me
14   again.
15   Q.   When did he tell you to get up?  How long
16   after you fell out of the car did it take before he
17   told you to get up?
18   A.   It wasn't long.
19   Q.   A couple of seconds, 30 seconds, any idea?
20   A.   Ten seconds.  And when I went to get up, he
21   shot me again, and I hit the ground again.
22   Q.   How long -- after he told you to get up,
23   did you immediately start trying to get up or was
24   there a delay?
25   A.   There was no delay.  I mean, it was slow