# Exhibit 6

**RESPONSE TO INTERROGATORY NO. 2**: The Municipal Defendants object to the Interrogatory on grounds that it is vague and ambiguous. Without waiving any such objection, please refer to the Waveland Police Department Policies and Procedures, Policy No. 04.40, a copy of which is attached hereto and designated as DEF-00218 through DEF-00220.

**INTERROGATORY NO. 3**: Please provide the number of tasers that have been issued to the City of Waveland's law enforcement officers and how many times these tasers have been deployed since January 1, 2008?

**RESPONSE TO INTERROGATORY NO. 3**: Since January 1, 2008, forty-one (41) Waveland Police Department officers have been issued tasers. Since January 1, 2008, officers have deployed tasers approximately 198 times.



**INTERROGATORY NO. 4**: Please state how the negligence of the Defendant caused law enforcement officers of the City of Waveland to deploy their tasers on his person.

**RESPONSE TO INTERROGATORY NO. 4**: The Municipal Defendants object to the Interrogatory on grounds that it is vague and ambiguous and assumes disputed legal conclusions. Without waiving any objection, and assuming that Plaintiff intended to inquire how "the negligence of the *Plaintiff*" caused the deployment of a taser, the Municipal Defendants state that Plaintiff Doyle Dahl was behaving in a threatening and disruptive manner toward Officer Guillot and refused to comply with instructions to desist, which resulted in the deployment of a taser upon him.

**INTERROGATORY NO. 5**: Please state when Officer Jeffery Guillot was issued a taser by the City of Waveland.

**RESPONSE TO INTERROGATORY NO. 5**: Officer Guillot was hired in June 2007 and issued a taser shortly thereafter.

PD.4611833.1