# Exhibit 7

**INTERROGATORY NO. 6**: Please state how many times Officer Jeffery Guillot has deployed any taser issued to him.

**RESPONSE TO INTERROGATORY NO. 6**: Officer Guillot has deployed a taser approximately twenty-three times while employed by the Waveland Police Department.

**INTERROGATORY NO. 7**: Please state the number of times Officer Jeffery Guillot deployed a taser on the Plaintiff, Doyle Dahl.

**RESPONSE TO INTERROGATORY NO. 7**: Officer Guillot deployed a taser upon Doyle Dahl once. When Dahl failed to comply, Officer Guillot attempted to apply the taser a second time using a "drive stun" technique. Dahl evaded him, causing the taser to come in contact with Dahl's head, but the taser did not discharge.

**INTERROGATORY NO. 8**: Please provide the name and qualifications of the person or entity the City of Waveland employs to instruct or provide training for law enforcement officers in the use of tasers.

**RESPONSE TO INTERROGATORY NO. 8**: Officer Guillot received taser training from Investigator Eddie Peterson and Sergeant Israel Neff, who are certified as instructors by TASER International, Inc.

**INTERROGATORY NO. 9**: Please state the number of training hours for taser use Officer Jeffery Guillot received from the City of Waveland.

**RESPONSE TO INTERROGATORY NO. 9**: Officer Guillot received a minimum of eight hours of training.

**INTERROGATORY NO. 10**: Please state the name and address of each person known or reasonably felt by you, your attorney, or other representative, to be:

  (a)  An eyewitness to the event(s) which are the subject of the complaint and whether they have been interviewed or given a statement of any type to you, your attorneys, or anyone acting on your behalf;