# Exhibit 8



138 568

## IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

CITY OF WAVELAND
STATE OF MISSISSIPPI

0147
0148
0149

VERSUS

CAUSE NO. B2301- 08-0150

Doyle P. Dahl
DEFENDANT

### ORDER PASSING TO THE INACTIVE FILES

The undersigned Prosecutor announces to the Court that the City of Waveland passes the above styled and numbered cause to the inactive files based on the following reason(s):

1. Defendant's plea in Cause No.
2. At the request of the victim(s)
3. At the request of law enforcement
4. For lack of evidence
5. For lack of adherence to speedy trial requirements
6. For inadmissible evidence
7. For failure in the evidence subsequent to charging
8. Inability to locate the victim(s)
9. **Inability to locate a necessary witness(es)**
10. Other:

ENTERED, this the 6th day of May, 2009

_____
CIRCUIT COURT JUDGE

ORDERED PRESENTED BY:

Patricia H Willis
Patricia H. Willis, Prosecutor
City of Waveland, Mississippi

FILED

MAY 06 2009

KAREN LADNER RUHR
CIRCUIT CLERK HANCOCK CO
BY _____ D.C

MAILED TO ATTORNEY

DEF-00055