# Exhibit 9

6/5/08 no further continuances

4/29/09 - Called J Guillot & he hung up on me. Called said he wouldn't answer phone. Has previously been subpoenaed & will not show. (Could issue warrant for "no show" but then hostile witness problem + memory problem)

Discussed w/ B. Labor decided to dismiss



EXHIBIT

DEF-00014