# Exhibit 10

| UNIFORM TRAFFIC TICKET | | DRIVING UNDER THE INFLUENCE |
|---|---|---|
| AGENCY CODE 2302 | City of Waveland | N° 005132 |

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY THAT WITHIN THE COUNTY OF **HANCOCK**, STATE OF MISSISSIPPI, AT THE FOLLOWING LOCATION, TIME AND DATE: JUDICIAL DISTRICT ☒1 ☐2

HWY/ST: **Hwy. 90 / Nicholson Ave** DISTRICT: **08**
DAY: **Monday** DATE: **03/31/08** TIME OF STOP: **0207 A.M.** ACCIDENT? ☐YES ☒NO
NAME: **Doyle Patrick Dahl**
ADDRESS: **6016 East Madison**
CITY: **Bay St Louis** STATE: **MS** ZIP CODE: **39520**
DRIVER LICENSE NUMBER: **426230795** CLASS: **R** STATE: **MS** SEX: **M** RACE: **W** DATE OF BIRTH: **071667**
VEHICLE LICENSE NUMBER: **B90 KAK** STATE: **MS** YEAR: **08** MAKE: **LEX** MODEL: **PC** VEHICLE TYPE: **4 DR**

☒ Offense occurred within the city limits of **WAVELAND** Mississippi
☐ Violation pursuant to Commercial Driver's License Law. ☐ Required placard under Hazardous Materials Transportation Act
That the aforesaid person did, in violation of §63-11-30(1) Mississippi Code of 1972, willfully and unlawfully drive or otherwise operate a motor vehicle within this state:
☒ (a) Under the influence of intoxicating liquor; or
☐ (b) under the influence of any other substance which impaired such person's ability to operate a motor vehicle; or
☐ (c) ☐ Having an alcohol concentration of eight one-hundredths percent (.08%) or more for persons who are above the legal age to purchase alcoholic beverages under state law, to wit: _____ % or
☐ Having an alcohol concentration of two one-hundredths percent (.02%) or more for persons who are below the legal age to purchase alcoholic beverages under state law, to wit: _____ % or
☐ (d) under the influence of any drug or controlled substance, the possession of which is unlawful under the Mississippi Controlled Substances Law; or
☐ (e) having an alcohol concentration of four one-hundredths percent (.04%) or more for persons operating a commercial vehicle, to wit: _____ %.

After such person has been convicted of _____ one prior offense or _____ two prior offenses under § 63-11-30(1) on the _____ day of _____, in the _____ court of _____ county/city of _____, State of _____; on the _____ day of _____, in the _____ court of _____ county/city of _____, State of _____; and the offenses having been committed within five years.

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI
OFFICER'S SIGNATURE: **J. Bullet** UNIT/BADGE # **23**
SWORN TO BEFORE ME, THIS THE **5** DAY OF **May**
(NAME AND TITLE)

ARRAIGNMENT DATE BEFORE:
☒ MUNICIPAL COURT ☐ JUSTICE COURT **9:00AM** ON THE **24** DAY OF **APRIL 2008**
ADDRESS **628 HWY 90 WEST-WAVELAND MS 39576** PHONE # **466-0042**

CASE #: _____ PAGE #: _____
DOCKET #: _____ ORIGINAL/AFFIDAVIT - THIS COPY MUST BE FILED WITH THE COURT OR COURT CLERK

THE DEFENDANT CHARGED HEREIN:
_____ WAIVED defendant's right to an attorney after having been advised by the trial judge of the defendant's right to an attorney, and, if the defendant could not afford an attorney that one would be appointed free of charge to represent the defendant; or
_____ WAS REPRESENTED (EMPLOYED OR APPOINTED) by an attorney whose name, address and telephone number is:
Name: _____ Phone: _____
Address: _____

SIGNATURE OF JUDGE: _____

**ORIGINAL/AFFIDAVIT**

Rev. 7-02

0081115

DEF-00022