# Exhibit 11



# HANCOCK MEDICAL CENTER

**ED-OP**
**REGISTRATION**

| Field | Value |
|---|---|
| STAY TYPE | 3 - E.R |
| SERVICE CODE - DESC | ER- ER |
| MEDICAL RECORD NO. | 002232 |
| ADMIT DATE | 03/31/2008 |
| ADMIT TIME | 03:06 |
| A/R NO. | 30018094 |
| PATIENT'S LEGAL NAME (L, F, MI) | DAHL DOYLE |
| SEX | M |
| RACE | W |
| BIRTH DATE | 7/16/1967 |
| AGE | 40 |
| WEIGHT | 000.00 |
| AD | E |
| MS | S |
| RELIGION / CHURCH | CATHOLIC / |
| SOCIAL SECURITY NO. | 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 |
| PRIOR STAY DATE | 03/12/2008 |
| ACCOUNT NUMBER | 30016864 |
| PATIENT'S LEGAL ADDRESS | 6016 E MADISON RD |
| CITY/STATE | BAY ST LOUIS MS |
| ZIP | 39520 |
| TELE | 228-467-3010 |
| RESPONSIBLE PARTY | DAHL DOYLE |
| RESPONSIBLE PARTY'S ADDRESS | 6016 E MADISON RD |
| CITY/STATE | BAY ST LOUIS MS 39520 |
| TELE | 228-467-3010 |
| RESPONSIBLE PARTY'S EMPLOYER | DISABLED |
| EMPLOYER'S ADDRESS | NA |
| CITY/STATE | N/A NA 99999 |
| TELE | 999-999-9999 |
| SOCIAL SECURITY NO. | 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 |
| OCCUPATION | UNE |

NOTIFY IN EMERGENCY: ARLENE JOHNSON
HOME TELE: 228-216-0137
WORK TELE: 000-000-0009

ATTENDING PHYSICIAN: ZAHERI KAMRAN

ADM. INITIALS: MHS

---

E.R.
DAHL DOYLE          30018094
002232              M  40
                    07/16/67
03/31/08
                    ZAHERI K

4 | 87342
PDOC 12011

MEDICAL RECORDS



# Head / Facial Injury #38

**HANCOCK MEDICAL CENTER, BAY ST. LOUIS, MS 39520**
Check (✓) for normals, circle positives, slash negatives, note findings

| E.R. | 30018094 |
|---|---|
| DAHL, DOYLE | M 40 |
| 002232 | 07/16/67 |
| 03/31/08 | ZAHERI K |

Date: _____ E.P. time: _____ Age: _____ Wt: _____ Sex: M / F
P: _____ BP: _____ / _____ RR: _____ Temp: _____

**Chief Complaint:** LAC forehead

Referred by: self / clinic / PMD / family / EMS _____
Arrived by: EMS / walk-in / wheelchair _____
Historian: patient / family / friend / EMS _____
Hx limited by: Altered LOC / acuity / intoxication

**Past, Family, Social History:** L4: 1 area L5: 2 of 3 areas

**HPI:** L1-3: 1-3 elements; L4-5: 4+ elements

**Onset:** ___ undetermined
**Occurred:** ___ time ___ date
___ mins / hrs / days PTA

In ER for SVL

**Locale:** home / work
Other:

**Assoc. sxs:** ___ none
**Headache:**
Onset:
Course:
nausea / vomiting
LOC: none / unknown / dazed / +LOC
Duration: ___ sec / mins / hrs
Remembers: incident / coming to hospital
GCS: ___ / 15
Bleeding: nose / ears / mouth / face / scalp
Discharge: nose / ears
vertigo / lightheaded / weak / fainting
seizures / behavior change
focal deficits / amnesia (retrograde / antegrade)
neck pain

**PMH:** ○ none ___ unknown
prior head trauma
ETOH or drug abuse
psych probs
hypertension / CAD / CVA /
NIDDM / IDDM

**Meds:** ___ none ___ see RN note
ASA / NSAIDs / coumadin
insulin / steroids

Allergies: ___ see RN note
Tetanus current: ___ yes / no

**Surgical Hx:** ___ none ___ unknown
brain surgery
previous trauma

**Family Hx:** ___ none ___ unknown
seizures / aneurysms

**Social Hx:** ___ unknown
Tobacco: ___ ppd ___ yrs
current: ___ no / yes
ETOH: ___ drinks / wk
Recent? _____
Drugs:
Occupation:
Home situation: lives alone

**Activity / Mechanism of Injury:**
unknown / found down
fell / fight / alleged assault
MVA / stab wound / GSW / burn

**Injury description (quality):**
deformity / laceration / scratch /
abrasion / puncture / bite / F.B. / burn
blunt trauma / contusion
penetrating trauma

**Modifying Factors:**
witnessed / unwitnessed
ambulatory at scene
spinal immobilization
Factors: ETOH / drugs / seizure /
syncope / suicidal attempt
other:

**Prior Rx:** ___ none
EMS: Spinal immobilization
Other:

**Location (anatomic):**
∅ LOC
∅ neck pain

**Physical Exam:** 1, 2-3: 2-4 organ/areas; L4: 5-7 organ/areas; L5: 8+ organ/areas

Exam limited by: urgency of condition / pt. uncooperative
Gen: Anxious: ___ no / mild / mod / severe   Distress: ___ no / mild / mod / severe
VS nl   Orthostat. VS: O—: _____
Nutritional status: ___ nl / obese   Hydration: ___ nl / dehydrated
Longboard / cervical immob. (ED / EMS) / IV / intubation / splint

**Head / Neck (MS):**
___ head & trauma / skin nl
___ neck s.tend, ROM full

**Eyes:**
___ PERRL
___ lids, conj. nl
___ EOM's full
___ cornea, chambers, discs nl

**ENT:**
___ nose nl
___ ext. ears, canals, TM's nl
___ mouth, teeth, oropharynx nl
___ TMJ's nl; jaw ROM nl

**CV:**
___ reg rate, rhythm
___ heart sounds nl

**Resp. Chest:**
___ no resp distress
___ breath sounds nl, clear, equal

**Spine / Pelvis / Ribs (MS):**
___ thorac, lumbar inspect., palpat. nl
___ pelvis stable, inspect., palpat. nl
___ ribs stable, inspect., palpat. nl

**GI / Abd / Flank:**
___ abd nl appearance, BS nl
___ soft, nontender
___ flank nl appearance, nontender
___ rectal nl, heme neg

**GU, Male:**
___ ext. genit. nl
___ testic. nl

**GU, Female:**
___ ext. genit. nl
___ cervix nl, no discharge
___ uterus, uterus nl

**MS:**
___ ROM nl without pain
___ joints nl, no muscle tenderness
___ strength, tone nl

**Skin:**
___ no rash, lesions
___ warm & dry

**Neuro:**
___ alert & oriented x 3
___ motor, sensory nl
___ reflexes intact, symmetrical
___ Cranial nerves 2-12 intact
___ no ataxia

**Psych:**
___ affect, mood nl
___ judgment, memory nl

**Lymph:**
___ no adenopathy

**Glasgow Coma Score** _____
Eyes open: 4-spontaneous 3-to command
2-to pain 1-none
Verbal: 5-nl 4-confused 3-inappropriate
2-incoherent sounds 1-none
Motor: 6-normal 5-localizes pain
4-withdraws 3-decorticate (flex.)
2-decerebrate (ext.) 1-none

(phys. exam cont., p. 2)

**ROS:** L1-3: 1 system/pert. prob. L4: 2-5 systems L5: 10+ systems
All systems reviewed: ___ negative ___ negative except as marked

___ Constit: fever / chills
___ Eyes: eye trauma / diplopia / blurred vision / loss of vision
___ ENT: hearing probs / epistaxis / dental trauma / oral trauma / malocclusion
___ CV: chest discomfort / palpitations
___ Resp: breathing probs / cough
___ GI: abdominal discomfort
___ GU: urinary probs / kidney probs
LMP: ___ nl / ebnl

___ MS: painful areas:
___ Skin: skin probs
___ Neuro: numbness / tingling / incontinence / gait disturbance / prior seizures
___ Psych: stress / anxiety / sleep probs
___ Hemat / Lymph: bruising / bleeding
___ Endo: polyuria / polydipsia
___ Immun / Allerg: HIV / AIDS:
cell# ___ Viral load ___

Copyright © 2000, EvolveMed, ERG   Photocopying without permission is prohibited
E.D. PHYSICIAN RECORD   AAEM Templates   http://www.aaem.org   Page 1 of 2

# HANCOCK medical
## EMERGENCY DEPARTMENT NURSING RECORD

Sister Arleen — Power of Attorney
216-0137

**Name:** Dahl, Doyle

**Chief Complaint/Mechanism of Injury/Onset:** c/o hit to head and tased by police. Also c/o (R) shoulder pain, radiated to (R) elbow. Abrasion to (R) orbital area. Pt stated he was shocked in chest. Pt stated "They didn't shoot me with it they pulled it."

**Pain Scale:** 9

Dull Sharp Ache Constant Intermittent Onset___ Radiating

**Treatment Prior to Arrival:** None O₂ IV Collar/Immob. Other

**Tx at Triage:** Ice Elevation Splint Sling Dressing None Other

**Were you injured at work?** Y N  **Unscheduled ED < 48 hr** ☐ yes ☐ no

**Time of reassessment at Triage > 1 Hr.**

| Vital Signs | T° | P | Resp | BP | SpO₂ | CBG |
|---|---|---|---|---|---|---|
| Time 0308 | 97.9 | 104 | 18 | 171/113 | 95% | |
| 0345 | | 102 | 18 | 166/101 | 95% | |

**Date:** 3-31-08  **Time:** 0304  **Triage Status:** I II (III) IV
**Mode of Arrival:** Ambulance  Walk  Carried  WC
**Accompanied by:** Alone Spouse Parent Friend Other Police
**Age:** 40  **Sex:** M  **Private MD:** NLMD  **Weight:** ≈180#
**Allergies Medicines:** NKDA  **Substances:** ∅
**Advance Directives:** ☑ Yes ☐ No  Where___  Occupation___
**Tetanus Status:** >5 yr <5 yrs Unk.  **Use of Alcohol:** Y/N  **Tobacco:** Y/N ppd 1 can/day
**Use of Drugs:** Y/N
**Family Support:** Yes  **Lives alone:** Homeless  **At risk for abuse or neglect**
**Family Hx:** Cardiac DM HTN CA Other

**Medical History:** Seizure Hepatitis Cancer
Psychiatric Tuberculosis Migraines Renal
Diabetes Pulmonary HIV Sickle Cell
Cardiac HTN Asthma Other

**Surgeries:** T&A Appy GB Back Cataracts
**Other:** GSW head Nov 2007

| Medication | Dose | Frequency | Last Dose |
|---|---|---|---|
| Lexapro | 10 mg | daily | 3-30-08 |
| Atenolol | 25 mg | daily | 3-30-08 |

## INITIAL NURSING ASSESSMENT

**Airway:** ☑ Effective ☐ Ineffective
**Breathing:** ☑ Normal ☐ Labored
**Breath Sounds:** ☑ Clear ☐ Wheezing ☐ Diminished
**Circulation**
**Skin Color:** ☑ WNL ☐ cyanotic ☐ pale ☐ flushed ☐ jaundiced
**Temperature:** ☑ warm ☑ dry ☐ cool ☐ diaphoretic

**Capillary Refill:** ☑ < 3 seconds ☐ > 3 seconds
**Mucous Membrane:** ☑ pink ☑ moist ☐ pale ☐ tacky
**Mental Status:** ☑ Alert
orientation: ☐ person ☑ place ☐ time ☐ confused ☐ lethargic ☐ anxious ☐ unresponsive ☐ Δ in M.S.
**GCS:** yes no  Bilateral Grips ☑ NA ☐ equal ☐ weak R L

**Cardiac:** ☑ Denies Chest pain ☐ ☐ Dull ☐ Sharp ☐ Epigastric ☐ Radiating ☐ Non-radiating ☐ Substernal accompanied by ☐ SOB ☐ diaphoresis ☐ nausea Cough ☑ Denies ☐ Productive ☐ Non-Productive  Eyes ☑ Denies Visual Acuity OD__ OS__ OU__

**GI:** ☑ Denies ☐ Nausea ☐ Vomiting X__ ☐ Diarrhea X__ ☐ Last BM__ ☐ Bleeding ☐ Emesis ☐ Rectum Abd: ☑ soft ☐ tender ☐ rigid ☐ distention ☐ rebound

**OB/GYN:** ☑ NA LMP__ Could you be pregnant? ☐ Yes ☐ No ☐ Hysterectomy FHT__ GR__ PARA__ AB__ ☐ Denies ☐ Vag d/c ☐ Vag bleeding ppd__

**Urological:** ☑ Denies ☐ Frequency ☐ pain, burning ☐ incontinence ☐ retention ☐ hematuria ☐ nocturia ☐ foley ☐ fever ☐ Discharge ♂

**INFANT < 2** ☑ NA

**Extremities:** ☑ Denies C/O
Location__ Pain__ Pulse__ Pallor__ Paralysis__ Parasthesia__

**Laceration:** ☐ NA
Size: 1-2 cm
Appearance__
Location__
Bleeding: ☐ Active ☑ Controlled

Label and Shade Areas Involved
☐ N/A
A - ABRASIONS
B - BRUISE
C - BURNS
D - FOREIGN BODY
E - LACERATION
F - PUNCTURE
G - POSSIBLE FX
H - C/O PAIN
I - REDDENED
J - HEMATOMA
K - AVULSION
L - OTHER
M - SWELLING
ANTERIOR  POSTERIOR  LEFT  RIGHT

**Triage Nurse:** ___RN

**Wet Diapers X___ in 12 HRS.  Voided Last___**
Crying/Quality  Hydration/Mucous  Color  Activity Level  Fontanels
Strong/Normal  Membrane  Pink  Playful  Flat
Whimpering  Moist  Pale  Fussy  Bulging
Moaning/  Dry  Cyanotic  Quiet  Sunken
High-pitched  Poor Skin Turgor
Head Circumference (as ordered)___  Immunizations Due By Hx ☐  UTD By Hx ☐
Birth Weight___

**Nurse's Notes:** Time to ER: 0304  O₂ @___ CM @___
To exam 2 via stretcher. TW. 0335 Exam per Dr. Roller completed. Lac. # (R) eyebrow sutured per Dr. Roller. TW.

| IV Time | Amt/Soln | Rate | Site | Needle | Init | Amt. Infused | Time D/c'ed | Cath Intact | Init |
|---|---|---|---|---|---|---|---|---|---|

**Medications**

| Time | Medication | Amount | Route | Site | Init | Outcome |
|---|---|---|---|---|---|---|
| 0340 | Neosporin Oint | 0.9 gm | Top | | TW | |

**Nursing discharge instructions:** 0340 Return as needed follow up c regular doctor, suture out in 10 days

**Nursing Diagnoses:**
☐ Alt in Comfort
☐ Cardiac Output, Decreased
☐ Gas Exchange Impaired
☐ Potential Injury, potential
☐ Skin Integrity Impaired
☐ Trauma
☐ Breathing Patterns, Ineffective
☐ Fluid Volume, Alterations in.
☐ Hyperthermia (Fever) ☐ Infection, Pain
☐ Mobility, Impaired ☐ Tissue Perfusion, Alt in

**Prescriptions Listed:** ∅
**Accompanied by:** alone spouse parent friend (other) police officer
**Pt outcomes:** ☐ unchanged ☑ improved ☐ Pain Scale ___/10
**Notifications/Time:**
Police___ DSH___ Clergy___ Coroner___ SS___ Funeral Home___

**Nurse's Initials/Signature:** ___

**Reviewer's Initials:** ___

DEF-00192