# Exhibit 11



**HANCOCK MEDICAL CENTER**

ED-OP
REGISTRATION

| STAY TYPE | SERVICE CODE - DESC |
|---|---|
| 3 - E.R | ER- ER |

| PATIENT'S LEGAL NAME (L, F, MI) | SEX | RACE | BIRTH DATE | AGE | MEDICAL RECORD NO. | ADMIT DATE | ADMIT TIME | A/R NO. |
|---|---|---|---|---|---|---|---|---|
| DAHL DOYLE | M | W | 7/16/1967 | 40 | 002232 | 03/31/2008 | 03:06 | 30018094 |

| SOCIAL SECURITY NO. | PRIOR STAY DATE | ACCOUNT NUMBER | PATIENT'S LEGAL ADDRESS | | CITY/STATE | | WEIGHT / AD / MS | RELIGION / CHURCH | TELE |
|---|---|---|---|---|---|---|---|---|---|
| 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 | 03/12/2008 | 30016864 | 6016 E MADISON RD | | BAY ST LOUIS | MS 39520 | 000.00 E S | CATHOLIC / | 228-467-3010 |

| RESPONSIBLE PARTY | | | RESPONSIBLE PARTY'S ADDRESS | CITY/STATE | | TELE |
|---|---|---|---|---|---|---|
| DAHL DOYLE | | | 6016 E MADISON RD | BAY ST LOUIS | MS 39520 | 228-467-3010 |

| RESPONSIBLE PARTY'S EMPLOYER | EMPLOYER'S ADDRESS | CITY/STATE | | TELE |
|---|---|---|---|---|
| DISABLED | NA | N/A | NA 99999 | 999-999-9999 |

| SOCIAL SECURITY NO. | OCCUPATION |
|---|---|
| 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 | UNE |

INS. CODE / PAYER / CLAIM PROCESSING ADDRESS / CITY/STATE
PRIMARY
INSURED / REL INFO
CERTIFICATE / SSN / HIC ID NO. / GROUP NAME / INSURANCE GROUP NO.

INS. CODE / PAYER / CLAIM PROCESSING ADDRESS / CITY/STATE
SECONDARY
INSURED / REL INFO
CERTIFICATE / SSN / HIC ID NO. / GROUP NAME / INSURANCE GROUP NO.

INS. CODE / PAYER / CLAIM PROCESSING ADDRESS / CITY/STATE
TERTIARY
INSURED / REL INFO
CERTIFICATE / SSN / HIC ID NO. / GROUP NAME / INSURANCE GROUP NO.

| NOTIFY IN EMERGENCY | HOME TELE | WORK TELE |
|---|---|---|
| ARLENE JOHNSON | 228-216-0137 | 000-000-0009 |

ATTENDING PHYSICIAN / PHYSICIAN CALLED / CONSULTING OTHER PHYSICIAN
ZAHERI KAMRAN

CHIEF COMPLAINT

ADM. INITIALS: MHS



E.R.
DAHL DOYLE          30018094
002232              M  40
                    07/16/67
03/31/08
                    ZAHERI K

MEDICAL RECORDS

4 87342
PDC 12011

DEF-00189



DEF-00190

# Head / Facial Injury #38

**HANCOCK MEDICAL CENTER, BAY ST LOUIS, MS 39520**
Check (✓) for normals, circle positives, slash negatives, note findings.

E.R. 30018094
DAHL DOYLE M 40
002232 07/16/67
03/31/08 ZAHERI K

Date: _____ E.P. time: _____ Age: _____ Wt: _____ Sex: M/F
P: _____ BP: ___/___ RR: _____ Temp: _____

**Chief Complaint:** LAC forehead

Referred by: self / clinic / PMD / family / EMS _____
Arrived by: EMS / walk-in / wheelchair _____
Historian: patient / family / friend / EMS _____
Hx limited by: Altered LOC / acuity / intoxication

**Past, Family, Social History:** L4: 1 area L5: 2 of 3 areas

### HPI: L3: 1-3 elements; L4-5: 4+ elements

- **Onset:** ___ undetermined
- **Occurred:** ___ time ___ date
  ___ mins / hrs / days PTA
- **Locale:** In ER for SVT
  home / work
  Other:

### Activity / Mechanism of Injury:
unknown / found down
fell / fight / alleged assault
MVA / stab wound / GSW / burn

### Injury description (quality):
deformity / laceration / scratch /
abrasion / puncture / bite / F.B. / burn
blunt trauma / contusion
penetrating trauma

### Modifying Factors:
witnessed / unwitnessed
ambulatory at scene
spinal immobilization
Factors: ETOH / drugs / seizure /
syncope / suicidal attempt
other:

### Assoc. sxs: ___ none
**Headache:**
Onset:
Course:
nausea / vomiting
LOC: none / unknown / dazed / +LOC
   Duration: ___ sec / mins / hrs
   Remembers: incident / coming to hospital
GCS: ___ / 15
Bleeding: nose / ears / mouth / face / scalp
Discharge: nose / ears
vertigo / lightheaded / weak / fainting
seizures / behavior change
focal deficits / amnesia (retrograde / antegraded)
neck pain

**Prior Rx:** ___ none
EMS: Spinal immobilization
Other:

**Location (anatomic):**
ø LOC
ø neck pain

### PMH: none / unknown
prior head trauma
ETOH or drug abuse
psych probs
hypertension / CAD / CVA /
NIDDM / IDDM

**Meds:** ___ none ___ see RN note
ASA / NSAIDs / coumadin
insulin / steroids

Allergies: ___ see RN note
Tetanus current: ___ yes / no

### Surgical Hx: ___ none ___ unknown
brain surgery
previous trauma

### Family Hx: ___ none ___ unknown
seizures / aneurysms

### Social Hx: ___ unknown
Tobacco: ___ ppd ___ yrs
   current: ___ no / yes
ETOH: ___ drinks / wk
   Recent? _____
Drugs:
Occupation:
Home situation: lives alone

### Physical Exam: L2-3: 2-4 organ/areas; L4: 5-7 organ/areas; L5: 8+ organ/areas

Exam limited by: urgency of condition / pt. uncooperative
Gen: Anxious: ___ no / mild / mod / severe   Distress: ___ no / mild / mod / severe
VS nl   Orthostat. VS: O—: _____  A: _____
Nutritional status: ___ nl / obese   Hydration: ___ nl / dehydrated
Longboard / cervical immob. (ED / EMS) / IV / intubation / splint

**Head / Neck (MS):**
___ head & trauma / skin nl
___ neck s.tend, ROM full

**Eyes:**
___ PERRL
___ lids, conj. nl
___ EOM's full
___ cornea, chambers, discs nl

**ENT:**
___ nose nl
___ ext. ears, canals, TM's nl
___ mouth, teeth, oropharynx nl
___ TMJ's nl; jaw ROM nl

**CV:**
___ reg rate, rhythm
___ heart sounds nl

**Resp, Chest:**
___ no resp distress
___ breath sounds nl, clear, equal

**Spine / Pelvis / Ribs (MS):**
___ thorac, lumbar inspect., palpat. nl
___ pelvis stable, inspect., palpat. nl
___ ribs stable, inspect., palpat. nl

**GI / Abd / Flank:**
___ abd nl appearance, BS nl
___ soft, nontender
___ flank nl appearance, nontender
___ rectal nl, heme neg

**GU, Male:**
___ ext. genit. nl
___ testic. nl

**GU, Female:**
___ ext. genit. nl
___ cervix nl, no discharge
___ uterus, uterus nl

**MS:**
___ ROM nl without pain
___ joints nl, no muscle tenderness
___ strength, tone nl

**Skin:**
___ no rash, lesions
___ warm & dry

**Neuro:**
___ alert & oriented x 3
___ motor, sensory nl
___ reflexes intact, symmetrical
___ Cranial nerves 2-12 intact
___ no ataxia

**Psych:**
___ affect, mood nl
___ judgment, memory nl

**Lymph:**
___ no adenopathy

**Glasgow Coma Score** _____
Eyes open: 4-spontaneous 3-to command
2-to pain 1-none
Verbal: 5-nl 4-confused 3-inappropriate
2-incoherent sounds 1-none
Motor: 6-normal 5-localizes pain
4-withdraws 3-decorticate (flex.)
2-decerebrate (ext.) 1-none

### ROS: L2-3: 1 system/pert. prob. L4: 2-5 systems L5: 10+ systems
All systems reviewed: ___ negative ___ negative except as marked

- Constit: fever / chills
- Eyes: eye trauma / diplopia / blurred vision / loss of vision
- ENT: hearing probs / epistaxis / dental trauma / oral trauma / malocclusion
- CV: chest discomfort / palpitations
- Resp: breathing probs / cough
- GI: abdominal discomfort
- GU: urinary probs / kidney probs
  LMP: _____ nl / abnl

- MS: painful areas:
- Skin: skin probs
- Neuro: numbness / tingling / incontinence / gait disturbance / prior seizures
- Psych: stress / anxiety / sleep probs
- Hemat / Lymph: bruising / bleeding
- Endo: polyuria / polydipsia
- Immun / Allerg: HIV / AIDS:
  cell# _____ Viral load _____

(phys. exam cont., p. 2)

E.D. PHYSICIAN RECORD    AAEM Templates    http://www.aaem.org    Page 1 of 2

Copyright © 2000, EvolveMed, ERG   Photocopying without permission is prohibited

DEF-00191

# HANCOCK medical — EMERGENCY DEPARTMENT NURSING RECORD

Sister Arleen — Power of Attorney
216-0137

**Name:** Dahl, Doyle
**Date:** 3-31-08  **Time:** 0304  **Triage Status:** III
**Mode of Arrival:** Ambulance
**Accompanied by:** Other — Police
**Age:** 40  **Sex:** M  **Private MD:** NLMD  **Weight:** ≈180#
**Allergies:** NKDA  **Substances:** ∅
**Advance Directives:** Yes

**Chief Complaint/Mechanism of Injury/Onset:**
c/o hit to head and tased by police. Also c/o (R) shoulder pain, radiated to (R) elbow. Abrasion to (R) orbital area. Pt stated he was shocked in chest. Pt stated "They didn't shoot me with that full it"

**Pain Scale:** 9

**Tx at Triage:** Dressing

**Tetanus Status:** >5 yr, <5 yrs, Unk
**Use of Alcohol:** Y/N
**Use of Drugs:** Y
**Tobacco:** Y  ppd 1 can/day
**Family Hx:** Cardiac, DM, HTN
**Medical History:** Psychiatric, HTN
**Surgeries:** GSW head Nov 2007

### Vital Signs

| Time | T | P | Resp | BP | SpO2 | CBG |
|---|---|---|---|---|---|---|
| 0308 | 97.9 | 104 | 18 | 171/113 | 95% | |
| 0345 | | 102 | 18 | 166/101 | 95% | |

### Medications

| Medication | Dose | Frequency | Last Dose |
|---|---|---|---|
| Lexapro | 10 mg | daily | 3-30-08 |
| Atenolol | 25 mg | daily | 3-30-08 |

## INITIAL NURSING ASSESSMENT

- **Airway:** Effective
- **Breathing:** Normal
- **Breath Sounds:** Clear
- **Skin Color:** WNL
- **Temperature:** warm, dry
- **Capillary Refill:** <3 seconds
- **Mucous Membrane:** pink, moist
- **Mental Status:** Alert, oriented to person, place
- GCS yes; Bilateral Grips equal
- **Cardiac:** Denies chest pain
- **GI:** Denies, soft, Denies
- **OB/GYN:** NA
- **Extremities:** Denies C/O
- **Laceration:** Size 1-2 cm

**Triage Nurse:** [signature] RN

### IV / Medications

| Time | Medication | Amount | Route | Site | Init |
|---|---|---|---|---|---|
| 0340 | Neosporin oint | 0.9 gm | Top | | TC |

**Nurse's Notes / Time to ER:** 0304 — To exam 2 via stretcher. TW. 0335 Exam by Dr Adair completed. Lac # (R) eyebrow sutured per Dr Adair. TW.

**Nursing discharge instructions:** 0340 Return as needed…

**Pt outcomes:** improved  **Pain Scale:** /10
**Accompanied by:** other — police officer
**Nurse's Initials/Signature:** [signature]

DEF-00192