# Exhibit 1

1   angry, that you stood up and put your hands on the
2   desk and refused to comply with some instructions.
3   Any truth to that?
4        A.   He's a damn liar.
5        Q.   So at no point during your time at the
6   Waveland PD did you ever stand up, yell, become
7   belligerent, refuse to comply with any
8   instructions.
9        A.   When I am getting tased, yes, I was yelling
10  at him.  I was begging him to stop.  Now, let me ask
11  you a question if you don't mind.
12       Q.   I do mind.
13            MR. MOAK:  Just answer his questions.
14  BY MR. HARVEY:
15       Q.   It's not my deposition.
16       A.   Could you repeat the question?  I'm sorry.
17  BY MR. HARVEY:
18       Q.   Sure.  I'll be happy to.  My question to
19  you is:  At any point during your time at the
20  Waveland Police Department on March 31st, 2008, did
21  you ever refuse to comply with any instruction from
22  an officer?
23       A.   No, I did not.
24       Q.   Did you ever yell at an officer?
25       A.   Yes, I did.